UNSEALED 8/12/08

%AO 93     (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT ~~SEALED~~

### SOUTHERN     District of     CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

ELLA LOUISE SANDERS
BUREAU OF PRISONS# 09885-298

Case Number:     '08 MJ 8645

TO: __Any duly authorized Federal Officer__     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     _____STEVEN S. HYMAS_____     who has reason to believe

Affiant

that     ✓ on the person of,   or     on the premises known as (name, description and/or location)

ELLA LOUISE SANDERS
BUREAU OF PRISONS# 09885-298

in the _____SOUTHERN_____ District of _CALIFORNIA_____     there is now
concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT A

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     _July 25, 2008_____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ✔ in the daytime — 6:00 AM to 10:00 P.M.     | ~~at anytime in the day or night~~ as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
_____PETER C. LEWIS_____     as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

_July 15, 2008 @ 10:25 a.m._     at     EL CENTRO, CA
Date and Time Issued     City and State

(SEAL)

Peter C. Lewis, U. S. Magistrate Judge     **PETER C. LEWIS**
Name and Title of Judge     Signature of Judge

AO 93        (Rev. 12/03)   Search Warrant (Reverse)

| RETURN | Case Number: | **'08 MJ 8645** |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____        _____
Signature of Judge                                                    Date

## ATTACHMENT A

### ITEMS TO BE SEIZED

The items to be seized are evidence of violations of 18 U.S.C. § 2332a, 18 U.S.C. § 2332a(a)(3), 18 U.S.C. § 844, and 18 U.S.C. § 924(c), specifically:

No fewer that twenty-five (25), and no more than forty (40) full length head hairs (not cut), and ten (10) head hair combings.