KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE
Assistant U. S. Attorney
California State Bar No. 186772
880 Front Street
San Diego, CA 92101
Telephone: (760) 557-7859

Attorneys for the
United States of America

FILED
JUL 15 2008

UNSEALED 8/12/08
**SEALED**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8645

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELLA LOUISE SANDERS<br>BUREAU OF PRISONS# 09885-298<br><br>　　　　Defendant. | ) Magistrate Case No.:<br>)<br>)<br>) **MOTION AND ORDER TO SEAL**<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW the United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and William P. Cole, Assistant U.S. Attorney, and hereby moves that the accompanying Search Warrant, Application and Affidavit for Search Warrant (and this application and order) be filed under sealed until further order of the Court.

The basis for this application is that the search warrant application and accompanying papers concerning an ongoing criminal investigation and all subjects of the investigation are not yet in federal custody. Premature disclosure could compromise the investigation and lead to flight and destruction of evidence.

DATED: July 15, 2008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ John F. Weis
　　　　　　　　　　　　　　　　　　　　WILLIAM P. COLE
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney