



UNSEALED 8/12/08

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8645

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.: |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ELLA LOUISE SANDERS<br>BUREAU OF PRISONS# 09885-298 | ) | |
| Defendant. | ) | |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the Search Warrant, the Application and Affidavit in support thereof, and this application and order shall be filed under seal until further order of the court.

IT IS SO ORDERED.

DATED: _July 15, 2008_

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

4 9/1