AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

ELLA LOUISE SANDERS
BUREAU OF PRISONS# 09885-298

**SEARCH WARRANT**

Case Number: '08 MJ 8645

FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: Any duly authorized Federal Officer _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by   STEVEN S. HYMAS   who has reason to believe
                                                  Affiant

that  ✓ on the person of, or   ☐ on the premises known as (name, description and/or location)

ELLA LOUISE SANDERS
BUREAU OF PRISONS# 09885-298

in the   SOUTHERN   District of   CALIFORNIA   there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT A

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   July 25, 2008
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search   ✓ in the daytime — 6:00 AM to 10:00 P.M.   ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
_____ PETER C. LEWIS _____ as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

July 15, 2008 @ 10:25 a.m.   at   EL CENTRO, CA
Date and Time Issued                City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge                Signature of Judge



AO 93    (Rev. 12/03)   Search Warrant (Reverse)

| RETURN | Case Number: | '08 MJ 8645 |
|---|---|---|
| DATE WARRANT RECEIVED July 15, 2008 | DATE AND TIME WARRANT EXECUTED July 15, 2008 @ 3:55 p.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Esteban Hernandez, P.I. |

INVENTORY MADE IN THE PRESENCE OF
Esteban Hernandez, Private Investigator for Bill Brown, Esquire

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- MULTIPLE HAIRS PLUCKED FROM THE HEAD OF ELLA LOUISE SANDERS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

Signature of Judge                                     August 11, 2008
                                                       Date

**ATTACHMENT A**

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence of violations of 18 U.S.C. § 2332a, 18 U.S.C. § 2332a(a)(3), 18 U.S.C. § 844, and 18 U.S.C. § 924(c), specifically:

No fewer that twenty-five (25), and no more than forty (40) full length head hairs (not cut), and ten (10) head hair combings.