```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM P. COLE (SBN 186772)
    Assistant U.S. Attorneys
 3  United States Courthouse
    880 Front Street, Room 6293
 4  San Diego, California 92101-8800
    Telephone: (619) 557-7859
 5
    Attorneys for Plaintiff
 6  United States of America
```

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 08MJ8645 |
| ELLA LOUISE SANDERS | MOTION TO UNSEAL AND ORDER THEREON |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application, affidavit and warrant return in the above-referenced case, so that the application,

//
//
//
//
//
//
//
//
//

1  affidavit, and return will be available in discovery in Criminal
2  Case No. 08-CR-1895.
3  DATED: August 12, 2008         KAREN P. HEWITT
                                  United States Attorney
4
5                                 /s/ John J. Weis
                                  WILLIAM P. COLE
6                                 Assistant U.S. Attorney
7
                    ORDER
8
   Good cause appearing, IT IS HEREBY ORDERED that the search
9
warrant application, affidavit, and return in Case No. 08MJ8645 be
10
unsealed.
11
   8-12-08
12  DATED
13
                                  /s/ Peter C. Lewis
14                                HONORABLE PETER C. LEWIS
                                  United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27                              2
28                                                          08MJ8645